UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELI TANNER, Docket No. 1:26-cv-02771-VF

Plaintiff,

- against –

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------x

# MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF

**COMES NOW** the Plaintiff, by and through her attorney of record, BRYAN KONOSKI, hereby moves for an extension of time to file the Plaintiff's brief and shows unto the Court as follows:

1. I am a Partner with Konoski & Partners, P.C. d/b/a THE FEDERAL APPEALS FIRM.
2. I am the Plaintiff's attorney.
3. The Plaintiff's brief is due on **October 12, 2026**.
4. I am asking the Court to grant a **thirty (30) day** extension of time to file the Plaintiff's brief, up to and including **November 11, 2026**. The bases for this request are set forth below.
5. **This is Plaintiff's second (2nd) request for an extension of time in this matter.** Undersigned counsel respectfully submits that good cause exists for the requested extension. Counsel currently carries a heavy federal caseload with multiple conflicting briefing deadlines in other Social Security disability matters pending before various federal district courts. Despite diligent efforts, the volume and complexity of these concurrent obligations make it impracticable to file a thorough and adequate brief by the

current deadline. The requested extension will allow counsel to fully review the administrative record and prepare a brief that adequately presents Plaintiff's arguments to this Court. This request is made in good faith and not for the purpose of delay.

6. I emailed defense counsel to ask what the defense counsel's position would be with respect to the request for an extension of time. I have not yet received a response from defense counsel.

Dated: October 12, 2026

Respectfully submitted:

/s/ Bryan Konoski

BRYAN KONOSKI, ESQ.
KONOSKI & PARTNERS, P.C.
Attorney(s) for the Plaintiff
180 Tices Lane
Suite 204, Bldg. A
East Brunswick, NJ 08816
(844) 773-3476
Fax: 917-456-9387
federalecf@gmail.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 13, 2026**

Plaintiff's request is **GRANTED**. Plaintiff may have until **November 11, 2026** to file her brief.